AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS

2004 AUG -4 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

BRIAN CRAWFORD

V.

ARBELLA INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-11621 JLT

TO: (Name and address of defendant)   Arbella Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Urmy, Jr.
Todd S. Heyman
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __--twenty (20) --__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



7-21-04

CLERK

BY) DEPUTY CLERK

COMMONWEALTH OF MASSACHUSETTS
United States District Court, District of Massachusetts
Docket/Case No: 04-11621JLT

I hereby certify and return that today, July 28, 2004, at 4:15 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Arbella Insurance Company, by leaving said copies with Judy Smedlie at 1100 Crown Colony Drive, Quincy, MA 02269 his/her last and usual place of business. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Arbella Insurance Company, at 1100 Crown Colony Drive, Quincy, MA 02269.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 28, 2004.

*[signature: Barbara L. BeDugnis]*

**Barbara L. BeDugnis**, Process Server
& Disinterested Person over Age 18.    Total Fees: $45.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2576
(617) 523-1036 , (617) 723-4247 Fax

---

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.