UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD )
)
Plaintiff, )
)
v. )
) C.A. No. 2004-04-11621 JLT
ARBELLA INSURANCE )
COMPANY, )
)
Defendants. )
)
)

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please enter my appearance as counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

Roberta R. Fitzpatrick
BBO #550470
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
617/542-6000

Dated: August 16, 2004

## CERTIFICATE OF SERVICE

I, Roberta R. Fitzpatrick, counsel for the above-named Defendant, hereby certify that a copy of the foregoing, **NOTICE OF APPEARANCE**, was served, this day, via first class mail, postage prepaid, on:

Todd S. Heyman, Esquire
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

Dated: August 16, 2004

Roberta R. Fitzpatrick