UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CRAWFORD, <br><br> Plaintiff, <br><br> v. <br><br> ARBELLA INSURANCE COMPANY, <br><br> Defendants. | C.A. No. 2004-04-11621 JLT |

**ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

Now comes the Defendant and hereby respectfully moves for an extension of time of thirty (30) days in which to respond to the Plaintiff's Complaint.

The Plaintiff has assented to this request for an extension. The Compliant was served on July 28, 2004 and the response to the Complaint is due on August 17, 2004. The Defendant, with the asset of the Plaintiff, requests an extension of thirty (30) days through **September 16, 2004** to file a responsive pleading.

As grounds in support hereof, the Defendant states that its counsel, the undersigned, returned from vacation last week and is in the process of reviewing the Complaint and preparing a response. The additional time is requested in order to permit the Defendant and its counsel sufficient time to review the allegations and properly respond. As indicated, Plaintiff's counsel has assented to this request.

WHEREFORE, the Defendant respectfully requests a thirty (30) day extension of time within which a responsive pleading may be filed up through and including the close of business on September 16, 2004.

Respectfully submitted,

ARBELLA INSURANCE COMPANY,
By its attorneys,

Roberta R. Fitzpatrick
BBO #550470
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

ASSENTED TO:

Brian Crawford

By his attorneys,

Thomas V. Urmy, Jr. (BBO # 506620)
Todd S. Heyman (BBO # 643804)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Roberta R. Fitzpatrick, counsel for the above-named Defendant, hereby certify that a copy of the foregoing **ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**, was served, this day, via first class mail, postage prepaid, on:

Todd S. Heyman, Esquire
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA 02109

Dated: August 16, 2004

Roberta R. Fitzpatrick

LIT 1474396v1