UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

            Plaintiff,

v.

ARBELLA INSURANCE COMPANY,

            Defendants.

C. A. No. 2004-04-11621 JLT

## MOTION TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff moves this Court for leave to file the Amended Complaint attached hereto as Exhibit 1.

No pleading in response to the original Complaint has been filed. The purpose of the amendment is to change the name of the Defendant from "Arbella Insurance Company" to "Arbella Service Company," which counsel for the Defendant has advised Plaintiff to be the Defendant's proper name.

Counsel for the Defendant has indicated that it has no objection to the allowance of this motion.

BRIAN CRAWFORD

By his attorneys,

Thomas V. Urmy, Jr. (BBO #506620)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND/FAX ON 9/15/04