UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,
Plaintiff,

v.

ARBELLA SERVICE COMPANY,
Defendant.

CIVIL ACTION NO.
04-11621JLT

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant, Arbella Service Company makes the following corporate disclosure statement:

- Arbella Service Company is 100% owned by Arbella, Inc., which in turn is 100% owned by Arbella Mutual Insurance Company, Inc.

- No publicly traded company owns more than 10% of the stock of Arbella Service Company.

Respectfully submitted,

ARBELLA SERVICE CORPORATION

By its attorneys,

Roberta Fitzpatrick, BBO #550470
Carolyn A. Wiesenhahn, BBO #641596
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

I hereby certfy that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 9/17/04

Dated: September 17, 2004

LIT 1479368v1