# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
turmy@shulaw.com

November 15, 2004

Carolyn A. Weisenhahn, Esq.
Mintz Levin Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Re:   *Crawford v. Arbella Service Company*
      U.S.D.C. Civil Action No. 04 11621JLT

Dear Carolyn:

This will confirm our telephone conversation this afternoon in which we agreed to defer until 10:00 a.m. on November 24 the conference in the captioned matter at which we will discuss the Joint Statement to be submitted to the Court on November 30. Per our discussion, following that conference, our firm will undertake to prepare the first draft of the Joint Statement.

This will also confirm my advice to you that the Plaintiff will consent to your request to amend your Answer to assert an additional affirmative defense. As I told you, we are thinking about filing a Second Amended Complaint and hope to have a decision about that by November 24. If Court approval is required, we will file a motion, with an eye towards bringing the matter to the attention of the Court on December 7. Whatever happens, however, you will have our consent to your proposed amendment to add an additional affirmative defense.

I will look forward to talking with you at 10:00 a.m. on November 24.

Sincerely,

Thomas V. Urmy, Jr.