UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN CRAWFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11621-JLT |
| | * | |
| | * | |
| ARBELLA SERVICE COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. The Parties must comply with the Rule 26 Discovery Order with respect to the individual Plaintiff's claims;

2. Defendant must provide Plaintiff with the names and addresses of all similarly situated employees by December 21, 2005;

3. Plaintiff may file a Motion for an order authorizing Plaintiff to advise similarly situated employees of the pendency of this action and their right to participate in it, and file a Motion to amend his complaint to add the state law claim discussed in open court;

4. Defendant may file oppositions to the abovementioned Motions within 10 days of their filing;

5. All further action for this matter is stayed until March 31, 2005;

6. No additional discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for April 5, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro  
                                            United States District Judge