UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

          Plaintiff,

v.

ARBELLA SERVICE COMPANY,

          Defendants.

C. A. No. 04-11621 JLT

**PLAINTIFF'S MOTION FOR ORDERS (1) DIRECTING DEFENDANT TO PROVIDE PLAINTIFF WITH THE NAMES AND ADDRESSES OF ALL SIMILARLY SITUATED EMPLOYEES AND (2) AUTHORIZING PLAINTIFF TO ADVISE SUCH INDIVIDUALS OF THE PENDENCY OF THIS ACTION AND THEIR RIGHT TO PARTICIPATE IN IT**

For the reasons stated in the accompanying memorandum, Plaintiff respectfully moves this Court pursuant to 29 U.S.C. §216(b), Fed. R. Civ. P. 7(b), and Local Rules 7.1(B) and (D) that orders enter:

(1) Requiring that within ten days following disposition of this motion Defendant must provide Plaintiff with the names and last known mailing addresses of each person employed by it as an Auto Damage Appraiser at any time between July 21, 2001 and the present; and

(2) Authorizing the Plaintiff to send to each such individual the Notice annexed hereto as Exhibit 1 informing the individual of his or her right to participate in this action.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff requests a hearing, as it will assist the Court in resolving this motion.

Date:  November 30, 2004                             By his attorneys,

/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr. (BBO #506620)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1(A)(2)

Plaintiff's Counsel hereby certifies that he has conferred with Defense Counsel in good faith in an attempt to resolve or narrow the issues presented by this motion.

/s/ Thomas V. Urmy, Jr.
Thomas V.  Urmy, Jr.