# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

December 10, 2004

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
turmy@shulaw.com

Zita Lovett
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    *Crawford v. Arbella Insurance Company*
             Civil Action No. 04-11621JLT

Dear Ms. Lovett:

    On December 9, 2004, Plaintiffs filed a Motion for Leave to File Second Amended Complaint - Document Number 17. At the time of filing, we believed that the Defendant did not oppose the motion. However, we have since learned that the Defendant does, in fact, oppose the motion.

    We will now file a Revised Motion for Leave to File Second Amended Complaint with the Proposed Second Amended Complaint as Exhibit 1, and a letter from the Massachusetts Attorney General as Exhibit 2. The revised motion is identical to the initial motion with two exceptions: the revised motion does not claim to be unopposed by defendants and it includes Exhibit 2, which was inadvertently left out of the initial filing of the motion.

    If you have any questions, please let me know.

                        Sincerely,

                        /s/ Thomas V. Urmy, Jr.
                        Thomas V. Urmy, Jr.