## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

                   Plaintiff,

      v.

ARBELLA SERVICE COMPANY,

                 Defendants.

C. A. No. 04-11621 JLT

## REVISED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff moves this Court for leave to file the Second Amended Complaint annexed hereto as Exhibit 1.

The purpose of the amendment is to add a new Count III to the Complaint. That consists of a second Massachusetts law class action claim brought pursuant to M.G.L. ch. 149, §148 and §150 alleging that by failing to pay Plaintiff and the members of the class overtime wages earned by them in a timely fashion, Defendant is liable to the Plaintiff and the members of the class for those unpaid wages, trebled, and for injunctive relief requiring Defendant to make all such payments on a timely basis in the future.

Plaintiff seeks to add this Count at this time, because it was not until December 1, 2004 that Plaintiff received from the Massachusetts Attorney General the requisite letter of permission to file a claim under c. 149, §§148 and 150, a copy of which is annexed hereto as Exhibit 2.

Submitted by the attorneys for the Plaintiff
and the Class,


/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr. (BBO #506620)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939