

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

November 29, 2004

(617) 727-2200
www.ago.state.ma.us

Brain Crawford
c/o Todd S. Heyman
Shaprio Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA   02109

Re:  **Authorization for Immediate Private Suit - Arbella Services Company**

Dear Mr. Crawford:

    We have received the complaint that you filed with this office, as well as your request to proceed with a private suit pursuant to Massachusetts Wage and Hour Laws. M.G.L. c. 149, §150 and M.G.L. c. 151, §§ 1B & 20. After reviewing your submission, the Attorney General hereby authorizes you to institute and prosecute a civil action immediately on behalf of the named complainant and others similarly situated.

    This letter of authorization does not represent an opinion on the merits of the complaint but serves as this office's written assent to sue. You are granted authority to pursue claims against any employer, as that term is defined under Massachusetts law, in connection with the above-referenced complaint.

    This office will not take further enforcement action at this time.

    Thank you for contacting this office.

Sincerely,

Daniel S. Field
Assistant Attorney General
Fair Labor and Business Practices Division
(617) 727-2200, extension 2320

DF/pk

NewPRA.frm rqst(8/11/04)