UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CRAWFORD,<br><br>                Plaintiff,<br><br>v.<br><br>ARBELLA SERVICE COMPANY,<br><br>                Defendants. | C. A. No. 04-11621 JLT |

### STIPULATION OF THE PARTIES WITH RESPECT TO PLAINTIFF'S WITHDRAWAL OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

It is hereby stipulated by and between the undersigned counsel for the parties to this action, subject to the approval of the Court, that Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion") is withdrawn without prejudice such that Plaintiff may later re-file the Motion at a later date if he deems it appropriate. Defendant reserves the right to oppose the Motion if it is subsequently re-filed.

Dated:  December 28, 2004         Counsel for the Plaintiff,


/s/ Thomas V. Urmy.
Thomas V. Urmy, Jr. (BBO #506620)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

(617) 439-3939

Counsel for the Defendant,


/s/ Carolyn A. Wiesenhan
Carolyn A. Wiesenhahn (BBO #641596)
Mintz Levin Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000