UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CRAWFORD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARBELLA SERVICE COMPANY,<br><br>　　　　　　　Defendants. | C. A. No. 04-11621 JLT |

### STIPULATION OF THE PARTIES WITH RESPECT TO PLAINTIFF'S MOTION FOR ORDERS (1) DIRECTING DEFENDANT TO PROVIDE PLAINTIFF WITH THE NAMES AND ADDRESSES OF ALL SIMILARLY SITUATED EMPLOYEES AND (2) AUTHORIZING PLAINTIFF TO ADVISE SUCH INDIVIDUALS OF THE PENDENCY OF THIS ACTION <u>AND THEIR RIGHT TO PARTICIPATE IN IT</u>

It is hereby stipulated by and between the undersigned counsel for the parties to this action that, subject to the approval of the Court:

1.　　Plaintiff's Motion for Orders (1) Directing Defendant to Provide Plaintiff With the Names and Addresses of All Similarly Situated Employees and (2) Authorizing Plaintiff to Advise Such Individuals of the Pendency of This Action and Their Right to Participate In It may be allowed;

2.　　The method of giving notice described in Plaintiff's Motion and the Notice and Opt-in Form annexed to Plaintiff's Motion as Exhibit 1, copies of which are annexed hereto as Exhibit A (the "Notice"), may be approved and

3.  Any person on the list furnished by Defendant to Plaintiff's counsel to whom notice is sent and who wishes to opt into this action must mail to Plaintiff's counsel a completed and executed copy of the Opt-in Form annexed to the Notice in an envelope postmarked on or before March 1, 2005.

Dated:   December 28, 2004			Counsel for the Plaintiff,


/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr. (BBO #506620)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939


Counsel for the Defendant,


/s/ Carolyn A. Wiesenhahn
Roberta Fitzpatrick (BBO# 550470)
Carolyn A. Wiesenhahn (BBO #641596)
Mintz Levin Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000