UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

          Plaintiff,

v.

ARBELLA SERVICE COMPANY,

          Defendants.

C. A. No. 04-11621 JLT

**NOTICE OF COLLECTIVE ACTION LAWSUIT SEEKING OVERTIME PAY**

To:    All persons who are or have been employed by Arbella Services Company ("Arbella") as Auto Damage Appraisers between July 21, 2001 and the present.

Re:    Federal Fair Labor Standards Act Lawsuit Filed Against Arbella Seeking Overtime Pay

**1.    INTRODUCTION**

The purpose of this Notice is to inform you of your right to join in a collective action lawsuit filed against Arbella seeking overtime pay. This Notice is intended to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit should you choose to do so.

**2.    DESCRIPTION OF THE LAWSUIT**

On July 21, 2004, the Plaintiff, Brian Crawford, filed this lawsuit in the United States District Court for the District of Massachusetts against Arbella. Among other claims, the Complaint alleges that Arbella has failed to pay Auto Damage Appraisers time and one half their regular rate of pay for all hours worked in excess of 40 hours in any given week, and that this conduct violates federal law. The Complaint further alleges that Arbella's alleged violations of federal law were willful and intentional and seeks to recover money damages equal to double any unpaid overtime compensation owed by Arbella, plus attorneys fees and the costs of the suit. Arbella denies that it violated federal law and has asserted several

defenses, including that Auto Damage Appraisers are exempt from the overtime requirements of federal law.

Mr. Crawford is being represented in this action by:

> Shapiro Haber & Urmy LLP
> 53 State Street
> Boston, MA  02109
> 1-800-287-8119
> 1-617-439-3939
> www.shulaw.com

**3.    YOUR RIGHT TO PARTICIPATE IN THIS ACTION**

You, as a present or former Arbella Auto Damage Appraiser, may join in this lawsuit as a party plaintiff by following the instructions below. You also have the right to initiate your own lawsuit against Arbella if you do not wish to join in this lawsuit.

**4.    PROTECTION AGAINST RETALIATION**

Federal law prohibits Arbella from retaliating or discriminating against you in any way if you choose to take part in this lawsuit.

**5.    HOW TO JOIN IN THIS LAWSUIT**

Enclosed with this Notice are (1) a form entitled Notice of Consent, and (2) an envelope addressed to the attorneys who are representing Mr. Crawford. If you decide to join in this lawsuit, you must complete and sign the Notice of Consent form and mail it to:

> Shapiro Haber & Urmy LLP
> Attention: Alyssa Petroff
> 53 State Street
> Boston, MA  02109

**Your return envelope must be postmarked by the United States Postal Service on or before March 8, 2005. If your completed Notice of Consent is not postmarked on or before that date, you will not be allowed to join in this case.**

The Notice of Consent form will become effective on the date the Plaintiff's attorneys file it with the Court.

**6.    THE IMPORTANCE OF DECIDING PROMPTLY**

The statute of limitations limits a person's rights to recover unpaid overtime compensation to the two-year (or in some cases, three-year) period preceding the date on which the Notice of Consent is filed with the Court.

**Therefore, because the passage of time may result in part or all of your claim being barred by the statute of limitations, if you wish to participate in the lawsuit, it is important that you date, sign, and mail the attached Consent Form as soon as possible, but in any event before March 8, 2005.**

### 7. THE LEGAL EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join in this lawsuit, you will be bound by any Judgment entered by the Court, whether it is favorable or unfavorable. If you join the lawsuit, you will be entitled to share in any recovery that may be obtained for the class. If you do not join in this lawsuit, you will not be entitled to any monetary relief that the Court may award if the Plaintiff prevails.

While this suit is proceeding, you may be required to respond under oath to written questions, or to provide testimony in a deposition, or in court.

### 8. ATTORNEYS' FEES AND EXPENSES

The attorneys for the Plaintiff and the class are being paid on a contingency fee basis, which means that if there is a recovery, they will receive a part of any settlement obtained or money judgment entered in favor of all members of the class, or their fees will be paid by Arbella, or both, as the Court directs. If the fees ordered to be paid by Arbella are less than one-third of the total recovery, Plaintiff's counsel may ask the Court to award an additional fee out of the total recovery but in no event will counsel ask the Court to reduce the recovery by more than one-third. If there is no recovery, there will be no attorneys' fees. **In no event will you be individually responsible to pay any attorneys' fees or costs of this litigation out of your own pocket.**

### 9. FOR MORE INFORMATION CONTACT PLAINTIFF'S ATTORNEYS

If you have any questions about your rights concerning this lawsuit, you should contact the Plaintiff's attorneys at the numbers or addresses set forth below. They will represent you if you decide to join the lawsuit.

Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

        1-617-439-3939
        1-800-287-8119
        Contact Person: Alyssa Petroff
        Email Contact: shu@shulaw.com

**10.**    **NO OPINION EXPRESSED AS TO THE MERITS OF THE CASE**

This Notice is issued for the sole purpose of determining the identities of those who wish to participate in this case. Although the Court has authorized the issuance of this Notice, the Court has at this time made no determination as to the merits of the claims and defenses of either party.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

                Plaintiff,

v.

ARBELLA SERVICE COMPANY,

                Defendants.

C. A. No. 04-11621 JLT

**NOTICE OF CONSENT**

    I have read the accompanying Notice of Collective Action Lawsuit Seeking Overtime Pay and hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Arbella Services Company ("Arbella") on account of Arbella's alleged violations of the Fair Labor Standards Act.

    I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name: _____
         (Print name)

Signature: _____      Date: _____

Address: _____

            _____

Telephone: _____

Optional Information:

Alternate
Telephone: _____

Email: _____