# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,

               Plaintiff,

    v.

ARBELLA SERVICE COMPANY,

               Defendants.

C. A. No. 04-11621 JLT



## NOTICE OF CONSENT

    I have read the accompanying Notice of Collective Action Lawsuit Seeking Overtime Pay and hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Arbella Services Company ("Arbella") on account of Arbella's alleged violations of the Fair Labor Standards Act.

    I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:    FRANCIS X DAY
             (Print name)

Signature:   Francis Y Day       Date: 1-31-05

Address:    12 Robbins Rd

            AYER MASS 01432

Telephone:   978-772-6630

Optional Information:

Alternate
Telephone:   _____

Email:   _____

MARIE-FRANCE G. DAY
FRANCIS X. DAY
12 ROBBIN ROAD
AYER, MA 01432

Shapiro Haber & Urmy LLP
att. Alyssa Petroff
53 State Street
Boston, MA 02109



