UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN CRAWFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11621-JLT |
| | * | |
| | * | |
| ARBELLA SERVICE COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 5, 2005

TAURO, J.

After the Status Conference held on April 5, 2005, this court hereby orders that:

1.  The case is stayed for sixty (60) days for settlement discussions;

2.  No additional discovery will be permitted without leave of this court; and

3.  A Further Conference is scheduled for June 13, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge