UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN CRAWFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11621-JLT |
| | * | |
| | * | |
| ARBELLA SERVICE COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 14, 2005

TAURO, J.

After the Further Conference held on June 13, 2005, this court hereby orders that:

1. The Parties shall report to Zita Lovett concerning the status of settlement negotiations by 4:00 p.m. on June 23, 2005; and

2. If the case is not settled, the Parties shall inform Ms. Lovett of their dispute resolution plans.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge