## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CRAWFORD,<br><br>                Plaintiff,<br><br>   v.<br><br>ARBELLA SERVICE COMPANY,<br><br>                Defendants. | C. A. No. 04-11621 JLT |

## JOINT STATUS REPORT OF THE PARTIES

This is to advise the Court that on October 18, 2005 the parties participated in an all-day mediation conducted by Paul V. Holtzman, Esq., which appears to have resulted in a settlement of this case. The Parties respectfully request that they be given until the close of business on November 11, 2005 to file a formal Stipulation of Dismissal of the case.

Dated: October 21, 2005

Plaintiff Brian Crawford
By his attorneys

    Thomas V. Urmy, Jr
Thomas V. Urmy, Jr. (BBO No. 506620)
Shapiro Haber & Urmy LLP
53 State Street, Boston, MA 02109
(617) 439-3939

Defendant Arbella Service Company
By its Attorneys
    Carolyn A. Wiesenhahn
Carolyn A. Wiesenhahn (BBO No. 641596)
Mintz, Levin, Cohen, Ferris,
Glovsky & Popeo, P.C.
One Financial Center, Boston, MA 02111
(617) 542-6000