UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN CRAWFORD,
    Plaintiff,

v.

ARBELLA SERVICE COMPANY,
    Defendant.

CIVIL ACTION NO.
04-11621JLT

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Brian Crawford, opt-in Plaintiff Francis Day, and Defendant Arbella Service Company hereby stipulate to dismissal of this action with prejudice and without costs.

Respectfully submitted,

**BRIAN CRAWFORD**
**FRANCIS DAY**

By their attorneys,

_____
Thomas V. Urmy, Jr., BBO #506620
Todd S. Heyman, BBO #643804
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Dated December 23, 2005

Respectfully submitted,

**ARBELLA SERVICE CORPORATION**

By its attorneys,

_____
Roberta Fitzpatrick, BBO #550470
Carolyn A. Wiesenhahn, BBO #641596
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated December 21, 2005